**No. P66/203.**—Louis Weinberg Associates, Inc. *v.* United States, protests 58/14831 and 60/3192 (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of hats, bonnets, and hoods, composed wholly or in chief value of straw or ramie, similar in all material respects to those the subject of *Morris Shoenthal, Inc.* v. *United States* (52 Cust. Ct. 36, C.D. 2431), the claim of the plaintiff was sustained.